# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BARREN MAR THUNA,

        Plaintiff,

vs.

CLARK COUNTY CLERK OF COURTS,

        Defendant.

Case No. 2:17-cv-02475-APG-CWH

**ORDER**

      Pro se Plaintiff Barren Mar Thuna, who is presently a prisoner in the custody of the Clark County Detention Center, submitted a notice of intention to file a civil rights complaint under 42 U.S.C. § 1983 on September 22, 2017. (ECF No. 1-1). Plaintiff did not pay the full filing fee for this case or file an application to proceed *in forma pauperis*.

      Under 28 U.S.C. § 1915(a) and Local Rules ("LSR") 1-1 and 1-2, an incarcerated plaintiff seeking to proceed in a case without first paying the filing fee must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The court will retain Plaintiff's notice of intent to file a civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, to pay the full filing fee for this action.

      IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner.

      IT IS FURTHER ORDERED that within thirty days from the date of this order, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee

for a civil action (which includes the $350 filing fee and the $50 administrative fee).  Plaintiff is advised that failure to comply with this order may result in a recommendation that this case be dismissed.

DATED: September 26, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**