# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BARREN MAR THUNA, | Case No. 2:17-CV-02475-APG-CWH |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| CLARK COUNTY CLERK OF COURTS, | |
| Defendant. | |

In light of the letter motion from plaintiff Barren Thuna requesting this case be dismissed (ECF No. 10),

IT IS ORDERED that the motion **(ECF No. 10) is GRANTED** and this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 13th day of April, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE